Fisher and Shapiro, LLC
File # FF-58354

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>PLAINTIFF,<br><br>-vs-<br><br>KIMBERLY LEWIS<br>DEFENDANTS | NO. 03 C 9172<br><br>Judge James F. Holderman<br><br>This is an attempt to collect a debt and any information obtained shall be used for that purpose. |

## MOTION FOR JUDGMENT

NOW COMES the Plaintiff, by and through its attorneys, Fisher and Shapiro, LLC, pursuant to 735 ILCS 5/15-1506 and Rules 54 and 55 of the Federal Rules of Civil Procedure, and moves the Court for the entry of a judgment of foreclosure and sale, as Defendant has failed to appear and answer or otherwise plead. Plaintiff seeks a judgment of foreclosure and sale in the amount of $149,622.72, as more fully set forth in its supporting affidavit and proposed judgment of foreclosure and sale.

Respectfully submitted,

Mortgage Electronic Registration Systems, Inc.

By: s/ G. Stephen Caravajal, Jr.
G. Stephen Caravajal, Jr. Bar No. 6284718
Attorney for Plaintiff
Fisher and Shapiro, LLC
4201 Lake Cook Road
Northbrook, Illinois 60062
Telephone: (847) 498-9990
Fax: (847) 291-3434
E-Mail: scaravajal@fisherandshapiro.com